

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2015

No. 04-15-00096-CV

**ALS 88 DESIGN BUILD, LLC**,
Appellant

v.

**MOAB CONSTRUCTION**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03033
Honorable Gloria Saldana, Judge Presiding

## O R D E R

The Appellant's Emergency Motion to Stay Jury Trial is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court